UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BIOBELE GEORGEWILL, ) | |
| ) | Case No. 1:25-cv-22 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Michael J. Dumitru |
| CMH HOMES, INC., d/b/a ) | |
| CLAYTON HOMES ) | |
| ) | |
| *Defendant*. ) | |

**ORDER**

On January 24, 2025, Plaintiff filed this *pro se* action (Doc. 2) and an application for leave to proceed *in forma pauperis* (Doc. 1). On February 12, 2025, United States Magistrate Judge Michael J. Dumitru issued a report and recommendation, recommending the Court dismiss the complaint because the Court lacks subject matter jurisdiction and deny the application to proceed *in forma pauperis* and the motion for sanctions as moot. (Doc. 8.) Plaintiff did not object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 8) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

AN APPROPRIATE JUDGMENT WILL ENTER.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**